ORDERED.

Dated:  March 08, 2024

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Case No: 6:23-bk-04331-LVV |
| | Chapter 13 |
| KHORSHED HOSSAIN | |
| ROKSANA BEGUM HOSSAIN, | |
| | |
| Debtors. | |
| _____/ | |

**ORDER SUSTAINING**
**OBJECTION TO CLAIM NO. 11 OF PINNACLE CREDIT SERVICES, LLC**

This case came before the Court to consider Debtors' Objection to Claim No. 11 filed by Pinnacle Credit Services, LLC (Doc. No. 23).  The objection was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to respond within 30 days of the date of service.  No party filed a response within the time permitted and the Court therefore considers the matter to be unopposed.  Accordingly, it is

**ORDERED:**

1. The Objection (Doc. No. 23) is SUSTAINED.

2. The claim is disallowed in its entirety.

       3.       All other orders that do not conflict with this order remain in full force and effect.

Attorney Robert B. Branson is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.