ORDERED.

Dated: September 03, 2025

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Khorshed Hossain and
Roksana Begum Hossain,

      Debtors.

Case No. 6:23-bk-04331-LVV
Chapter 13

## ORDER DISMISSING CASE

THIS CASE came before the Court for hearing on August 26, 2025. Four months ago, Debtors filed an amended motion to modify their confirmed plan to which the chapter 13 trustee objected.[1] After several hearings, Debtors failed to demonstrate that the requirements of 11 U.S.C. § 1329 had been met to allow modification and the Court denied Debtors' amended motion to modify their confirmed plan.[2] As a result, Debtors have defaulted on their plan payments and cause exists under 11 U.S.C. § 1307 to dismiss this case. For this and the reasons stated in open court, it is

**ORDERED**:

1. This case is **DISMISSED**.

---

[1] Doc. Nos. 85, 88.
[2] Doc. No. 99. The hearings occurred on May 13, 2025, July 15, 2025, and August 26, 2025.

2. The automatic stay imposed by 11 U.S.C. §362 is lifted and the filing of this case no longer acts as a stay against collections and other actions against the Debtors and the Debtors' property.

3. The Court in its discretion may file written findings of facts and conclusions of law at a later date.

The Clerk is directed to serve a copy of this order on all interested parties.